UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

Azzil Granite Materials, LLC

                      Plaintiff(s),

    v.

Canadian Pacific Railway Corp., et al.

                    Defendant(s).
--------------------------------------------------------

2:20-cv-02381

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Daniel P. Lawn, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Schnader Harrison Segal & Lewis, LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Pennsylvania.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: PA Id. No. 326114
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:20-cv-02381 for Plaintiff, Azzil Granite Materials, LLC.

Date 7/9/20
Camden County, NJ

Signature of Movant
Firm Name Schnader Harrison Segal & Lewis LLP
Address 1600 Market Street, Suite 3600
Philadelphia, PA, 19103

Email dlawn@schnader.com
Phone 215-751-2016

NOTARIZED

MARIA DAMBROSIO GALLO
A Notary Public of New Jersey
My Commission Expires September 29, 2022