UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
AZZIL GRANITE MATERIALS, LLC :
:
         *Plaintiff*, : Case No.: 2:20-cv-02381 (GRB) (SLT)
:
v. :
:
CANADIAN PACIFIC RAILWAY :
CORPORATION, DELAWARE & :
HUDSON RAILWAY COMPANY, AND :
NEW YORK AND ATLANTIC :
RAILWAY :
:
         *Defendants*. :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kieran M. Corcoran of the law firm STINSON LLP, will be appearing in this action as counsel for Defendants Canadian Pacific Railway Company and Delaware and Hudson Railway Company, Inc.,[1] without waiver of any rights or defenses of a jurisdictional nature or otherwise.

Date: July 30, 2020

Respectfully submitted,

STINSON LLP

By: */s/Kieran M. Corcoran*

    Kieran M. Corcoran (KC4935)
    1325 Avenue of the Americas
    27th Floor
    New York, New York 10019
    (212) 763.8491 (t)
    (212) 763.8304 (f)
    kieran.corcoran@stinson.com

---

[1] The Complaint incorrectly names the Defendants as "Canadian Pacific Railway Corporation" and "Delaware & Hudson Railway Company."

*Attorneys for Defendants Canadian Pacific Railway Company and Delaware and Hudson Railway Company, Inc.*

**TO: All Parties by ECF**

2