**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
AZZIL GRANITE MATERIALS, LLC          :
:
        *Plaintiff*,     :  Case No.: 2:20-cv-02381 (GRB) (SLT)
:
   v.                                                :
:
CANADIAN PACIFIC RAILWAY              :  **NOTICE OF MOTION**
CORPORATION, DELAWARE &               :  **TO ADMIT COUNSEL**
HUDSON RAILWAY COMPANY, AND           :  ***PRO HAC VICE***
NEW YORK AND ATLANTIC                 :
RAILWAY                               :
:
        *Defendants*.   :
---------------------------------------------------------x

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, David F. Rifkind, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Stinson LLP and a member in good standing of the bars of the District of Columbia and the State of Maryland, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Canadian Pacific Railway Company and Delaware and Hudson Railway Company, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 31, 2020                                      Respectfully submitted,

                                                                             */s/ David F. Rifkind*
                                                                             David F. Rifkind
                                                                             Stinson LLP
                                                                             1775 Pennsylvania Avenue, N.W., Suite 800
                                                                             Washington, DC 20006

Phone: 202.969.4218
Fax: 202.572.9994
david.rifkind@stinson.com