UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| AZZIL GRANITE MATERIALS, LLC, | CASE NO. 20-cv-02381 |
|---|---|
| PLAINTIFFS | |
| v. | |
| CANADIAN PACIFIC RAILWAY CORP., DELAWARE AND HUDSON RAILWAY COMPANY, AND NEW YORK AND ATLANTIC RAILWAY, | |
| DEFENDANTS | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above captioned case as counsel for defendant NEW YORK AND ATLANTIC RAILWAY COMPANY, and requests to be copied on all further correspondence, pleadings, and papers relating to the above matter.

Dated: New York, New York
August 3, 2020

GALLET DREYER & BERKEY, LLP

By: /s/ Kyle G. Kunst
Kyle G. Kunst, Esq.
kgk@gdblaw.com
845 Third Avenue, 5th Floor
New York, New York 10022
T: (212) 935-3131
F: (212) 935-4514

Attorneys for Defendant
*New York & Atlantic Railway Company*