UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZZIL GRANITE MATERIALS, LLC, <br><br> PLAINTIFFS <br><br> v. <br><br> CANADIAN PACIFIC RAILWAY CORP., DELAWARE AND HUDSON RAILWAY COMPANY, AND NEW YORK AND ATLANTIC RAILWAY, <br><br> DEFENDANTS | CASE NO. 20-cv-02381 <br><br><br> NOTICE OF MOTION TO ADMIT WILLIAM A. MULLINS *PRO HAC VICE* |

TO:   Carl J. Schaerf, Esq.
      cschaerf@schnader.com
      Edward J. Sholinsky, Esq.
      esholinsky@schnader.com
      Ralph G. Wellington, Esq.
      rwellington@schnader.com
      Daniel P. Lawn, Esq.
      dlawn@schnader.com
      SCHNADER HARRISON SEGAL & LEWIS LLP
      1600 Market Street, Suite 3600
      Philadelphia, PA 19103
      Attorneys for Plaintiff
      *Azzil Granite Materials, LLC*

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, William A. Mullins will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a Partner of the firm of Baker & Miller PLLC and a member in good standing of the bars of the State of Colorado and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendant New York & Atlantic Railway Company. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: Washington, D.C.

8/1    , 2020

                                BAKER & MILLER, PLLC

                                By _____
                                William A. Mullins, Esq.
                                wmullins@bakerandmiller.com
                                2401 Pennsylvania Avenue
                                Suite 300
                                Washington, D.C. 20037
                                Phone: (202) 663-7832
                                Fax:   (202) 663-7849

                                Attorneys for Defendant
                                *New York & Atlantic Railway Company*