UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZZIL GRANITE MATERIALS, LLC,<br><br>PLAINTIFFS<br><br>v.<br><br>CANADIAN PACIFIC RAILWAY CORP., DELAWARE AND HUDSON RAILWAY COMPANY, AND NEW YORK AND ATLANTIC RAILWAY,<br><br>DEFENDANTS | CASE NO. 20-cv-02381<br><br>**AFFIDAVIT OF WILLIAM A. MULLINS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, William A. Mullins, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Baker & Miller, PLLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the bar of the states of Colorado and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as co-counsel and advocate *pro hac vice* in case number 20-cv-02381 for defendant New York & Atlantic Railway Company.

Dated: ~~Washington, D.C.~~ Bonita Springs, FL

08/03, 2020



BAKER & MILLER, PLLC

By: /s/ William A. Mullins
William A. Mullins, Esq.
wmullins@bakerandmiller.com
2401 Pennsylvania Avenue
Suite 300
Washington, D.C. 20037
Phone: (202) 663-7832
Fax:   (202) 663-7849

Attorneys for Defendant
*New York & Atlantic Railway Company*

**NOTARIZED**



# Exhibit A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*William A Mullins*

was duly qualified and admitted on May 12, 1989 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 22, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# SUPREME COURT
## State of Colorado.



STATE OF COLORADO, ss:

I, _Cheryl Stevens_ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_WILLIAM ALAN MULLINS_

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _21th_ day of _January_ A.D. _1988_ and that at the date hereof the said _WILLIAM ALAN MULLINS_ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this _23rd_ day of _July_ A.D. _2020_

_Cheryl Stevens_ Clerk

By _____ Deputy Clerk